Michael K. Friedland (Admitted *Pro Hac Vice*)
mfriedland@kmob.com
Lauren Keller Katzenellenbogen (Admitted *Pro Hac Vice*)
lkeller@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Mark Borghese (NV Bar No. 6231)
MBorghese@weidemiller.com
WEIDE & MILLER, LTD.
7251 W. Lake Mead Blvd., Suite 530
Las Vegas, NV 89128
Telephone: (702) 382-4804
Facsimile: (702) 382-4805

Attorneys for Plaintiff
89908, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| 89908, INC. d/b/a AMP RESEARCH, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>E-Z LOAD GATE, INC., a Florida corporation, E-Z LOAD, LLC, a Florida limited liability company; E-Z LOAD ENTERPRISES, LLC, a Florida limited liability company; FLOYD A. JACOBS; BRADLEY E. ORTHMANN; and STEPHEN D. EARLE,<br><br>Defendants. | Case No.:<br>2:09-CV-02165-PMP-PAL<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND OR ALTER JUDGMENT ENTERED DECEMBER 29, 2010** |

This Court, having considered Plaintiff 89908, Inc. d/b/a AMP Research's ("AMP Research") Motion for Leave to File Documents Under Seal in Support of Plaintiff's Motion to Alter or Amend Judgment entered December 29, 2010 and all papers and arguments relating thereto, and for good cause shown, hereby **GRANTS** AMP Research's Motion in its entirety and **ORDERS** that the July 20, 2010 Expert Report of David S. Hanson, CPA, which is attached as Exhibit 3 to the Confidential Declaration of Michael K. Friedland In Support Of Plaintiff's Motion to Alter or Amend Judgment entered December 29, 2010, be filed under seal.

**IT IS SO ORDERED.**

Dated: February 18, 2011     By: _____
                                 Honorable Philip M. Pro
                                 U.S. DISTRICT JUDGE

-1-

**CERTIFICATE OF SERVICE**

I, Michael K. Friedland, certify that on January 25, 2011, I presented the within **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND OR ALTER JUDGMENT ENTERED DECEMBER 29, 2010** to the Clerk of Court for filing and uploading to the ECF system which will send notification to the following:

Elsie C. Turner
Law Office of Elsie C. Turner
283 Crane's Roost Blvd., Suite 111
Altamonte Springs, FL  32701
eturner46@cfl.rr.com

Robert Ryan Morishita
Stephen M. Sanville
Morishita Law Firm
8960 W. Tropicana Ave., Suite 300
Las Vegas, NV  89147
rrm@morishitalawfirm.com
Stephensanville@mac.com

I declare under penalty of perjury that the foregoing statements are true and correct.

s/Michael K. Friedland
Michael K. Friedland
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Attorneys for Plaintiff 89908, Inc.

10271685_1
010711

-2-