Michael K. Friedland (Admitted *Pro Hac Vice*)
mfriedland@kmob.com
Lauren Keller Katzenellenbogen (Admitted *Pro Hac Vice*)
lkeller@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Mark Borghese (NV Bar No. 6231)
mark@borgheselegal.com
BORGHESE LEGAL, LTD.
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
Telephone: (702) 382-0200
Facsimile: (702) 382-0212

Attorneys for Plaintiff
89908, Inc.

Elsie C. Turner (*Admitted Pro Hac Vice*)
elseturner@embarqmail.com
LAW OFFICE OF ELSIE C. TURNER
201 Park Place, Suite 204
Altamonte Springs, FL 32701
Telephone: (407) 339-3013
Facsimile: (407) 339-4244

Attorney for Defendant
E-Z Load Gate, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| 89908, INC. d/b/a AMP RESEARCH, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>E-Z LOAD GATE, INC., a Florida corporation, E-Z LOAD, LLC, a Florida limited liability company; E-Z LOAD ENTERPRISES, LLC, a Florida limited liability company; FLOYD A. JACOBS; BRADLEY E. ORTHMANN; and STEPHEN D. EARLE<br><br>Defendants. | Case No.:<br>2:09-CV-02165-PMP-PAL<br><br>**[PROPOSED] STIPULATED AMENDED JUDGMENT AND PERMANENT INJUNCTION** |

Upon joint stipulation of the parties, this Court hereby FINDS, ORDERS, and ADJUDGES as follows:

1. This Court has subject matter jurisdiction over this action as well as personal jurisdiction over the parties, and the Court enters this Order following the Order Modifying Automatic Stay to Permit Entry of Stipulated Amended Judgment and Permanent Injunction entered by the United States Bankruptcy Court for the Middle District of Florida in Case Nos. 6:11-bk-01761, 6:11-bk-01764, 6:11-bk-01770, 6:11-bk-01772, 6:11-bk-01773, and 6:11-bk-01774.

2. Venue is proper in this district.

3. Plaintiff 89908, Inc. dba AMP Research ("AMP Research") is the owner of the following United States Patents:

   (a) U.S. Patent No. 7,063,366 issued June 20, 2006;

   (b) U.S. Patent No. D417,859 issued December 19, 1999;

   (c) U.S. Patent No. D418,106 issued December 28, 1999;

   (d) U.S. Patent No. 7,654,598 issued February 2, 2010; and

   (e) U.S. Patent No. 7,681,935 issued March 23, 2010

(collectively, "the patents-in-suit").

4. Defendants make, use, sell, and offer for sale a bed extender product referred to as the EZ-8555 Ruff N' Tuff HD Bed Extender, shown in Exhibit A hereto.

5. Final judgment is hereby entered in favor of AMP Research on all causes of action alleged in this action.

6. Defendants are permanently enjoined from engaging in any acts of infringement of the patents-in-suit and must comply with the following terms:

   (a) Each of the E-Z Load Defendants, namely E-Z Load Gate, Inc., E-Z Load, LLC, E-Z Load Enterprises, LLC, Floyd A. Jacobs, Bradley E. Orthmann, and Stephen D. Earle, their corporate parents, subsidiaries, affiliates, officers, agents, successors or

-1-

assigns, employees and attorneys ("E-Z Load Parties") and those persons and entities in active concert or participation with the E-Z Load Parties, including but not limited to distributors and resellers, whom may be given notice by AMP Research or its attorneys by delivering a copy of the Court's order, thereby binding them to the same extent as the E-Z Load Parties, are enjoined for the remaining term of the patents-in-suit from infringing, inducing the infringement of, and/or contributorily infringing in any manner, including, but not limited to: manufacturing, using, selling, offering for sale, importing, or distributing the EZ-8555 Ruff N' Tuff HD Bed Extender or any colorable variation thereof.

(b) Within fifteen (15) days of entry of this injunction, the E-Z Load Parties shall recall and remove from all distributors and resellers all infringing goods for which the E-Z Load Parties have a contractual right of return or other legal right to recall and remove such products.

(c) Within thirty (30) days of entry of this injunction, the E-Z Load Parties shall return all infringing goods in their possession to AMP Research, or shall file a certification with the Court under penalty of perjury stating that all infringing goods have been destroyed.

7. AMP Research is awarded lost profits in the amount of $91,968 for Defendants' infringing sales.

8. Defendants have willfully infringed the patents-in-suit, and AMP Research is awarded treble damages. Thus, the total damages awarded is increased to $275,904.

9. Each of the E-Z Load Defendants, namely: E-Z Load Gate, Inc.; E-Z Load, LLC; E-Z Load Enterprises, LLC; Floyd A. Jacobs; Bradley E.

1  Orthmann, and Stephen D. Earle is jointly and severally liable for these
2  damages awarded to AMP Research.
3      10.    This is an exceptional case under 35 U.S.C. § 285 entitling AMP
4  Research to an award of its costs in the amount of $19,041.88, and attorneys'
5  fees in the amount of $181,183.50.
6      11.    No further relief is granted to any party.
7      12.    The parties advise that they affirmatively waive any and all rights
8  to appeal this Stipulated Amended Judgment and Permanent Injunction.
9      13.    The Court retains jurisdiction over this Stipulated Amended
10 Judgment and Permanent Injunction for the purpose of ensuring compliance
11 with the terms hereof.
12     SO STIPULATED.

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: 18 Oct 11       By: _____
                            Michael K. Friedland
                            Lauren Keller Katzenellenbogen

Attorneys for Plaintiff, 89908, Inc.

LAW OFFICE OF ELSIE C. TURNER

Dated: 6/7/2011        By: _____
                            Elsie C. Turner

Attorney for Defendant, E-Z Load Gate, Inc.

**IT IS SO ORDERED.**

Dated: October 19, 2011.   By: _____
                                Honorable Philip M. Pro
                                U.S. DISTRICT JUDGE

-3-

# CERTIFICATE OF SERVICE

I, Michael K. Friedland, certify that on October 18, 2011, I presented the within **[PROPOSED] STIPULATED AMENDED JUDGMENT AND PERMANENT INJUNCTION** to the Clerk of Court for filing and uploading to the ECF system which will send notification to the following:

Elsie C. Turner
Law Office of Elsie C. Turner
283 Crane's Roost Blvd., Suite 111
Altamonte Springs, FL  32701
eturner46@cfl.rr.com

Robert Ryan Morishita
Stephen M. Sanville
Morishita Law Firm
8960 W. Tropicana Ave., Suite 300
Las Vegas, NV  89147
rrm@morishitalawfirm.com
Stephensanville@mac.com

I declare under penalty of perjury that the foregoing statements are true and correct.

_____
Michael K. Friedland
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Attorneys for Plaintiff 89908, Inc.

10967623
101811